## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

REINALDO GONZALEZ PEREZ,

    Petitioner,

v.

TODD BLANCHE, in his official capacity as
Acting Attorney General of the United
States; MARKWAYNE MULLIN, in his
official capacity as Secretary of the U.S.
Department of Homeland Security; ACTING
DIRECTOR of the U.S. Immigration and
Customs Enforcement; MARY DE ANDA
YBARRA, in her official capacity as El Paso
Field Office Director, U.S. Immigration and
Customs Enforcement; and WARDEN of the
Otero County Processing Center,

    Respondents.

Case No. 2:26-cv-01588-MIS-KRS

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Denying Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Respondents Todd Blanche, Markwayne Mullin, Acting Director,

U.S. Immigration and Customs Enforcement, Mary De Anda-Ybarra, and Warden, Otero County

Processing Center and against Petitioner Reinaldo Gonzalez Perez.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE